PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00220 KJN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JEFFREY WASSON, AND MICHELINE GAGNON-TIPTON | DATE: March 15, 2023 TIME: 9:00 a.m. COURT: Hon. Kendall J. Newman |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on March 15, 2023.

2. By this stipulation, defendants now move to continue the status conference until March 29, 2023, and to exclude time between March 15, 2023, and March 29, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery directly to counsel and/or made available for inspection and copying.

   b) Defense counsel requests additional time for further investigation, to review of discovery, and otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2023 to March 29, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: March 14, 2023

/s/ LINDA HARTER
LINDA HARTER
Counsel for Defendant
Micheline Gagnon-Tipton

Dated: March 14, 2023

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
Jeffrey Wasson

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of March, 2023.

Dated: March 14, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE