Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JEFFREY WASSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY ALAN WASSON,<br><br>    Defendant. | Case No.: 2:22-CR-00220 KJN<br><br>**NOTICE AND MOTION TO TERMINATE PROBATION** |

### NOTICE AND MOTION

Pursuant to the signed plea agreement between the parties (dkt. 23), the Court's Judgement and Commitment order entered April 3, 2023 (dkt. 24), and the attached proof of payment of all legal financial obligations (Exhibit A, Proof of Payment), the defendant Jeffrey Wasson, through his undersigned counsel, moves the Court for an order terminating his term of probation.

On March 29, 2023, Wasson was sentenced in accordance with a plea agreement between the parties requiring, in relevant part, full payment of restitution in the amount of $35,486.43 and a 5-year term of probation. Plea Agreement at 5. The parties further agreed that after the Clerk of Court receives full payment of restitution and all other legal financial obligations,

1

**Defendant's Motion to Terminate Probation**

"defendant's period of probation shall terminate." Plea Agreement at 5; Judgement and Commitment at 2.

In this case, on March 29, 2023, right after being sentenced, Mr. Wasson headed straight to the Clerk's office and paid, in full, his restitution ($35,486.43), special assessment ($25), and fine ($500). Exhibit A, Proof of Payment.

Having completed his legal financial obligations, Wasson now seeks to terminate his term of probation.

Dated: April 4, 2023                                        Respectfully submitted,

                                                            /s/ Etan Zaitsu
                                                            ETAN ZAITSU
                                                            Attorney for Defendant
                                                            JEFFREY WASSON

## ORDER

With proof of payment reflecting full payment of restitution, fees and fines, the Court is satisfied that Defendant, Jeffrey Alan Wasson has met his legal financial obligations under the plea agreement. As such, the Defendant's 5-year term of probation is hereby ordered terminated.

**IT IS SO ORDERED.**

Dated: April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Defendant's Motion to Terminate Probation**